IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                            Case No. 2:19-cv-00506

INTEGRATED COMMUNITY SERVICES
OF PARKERSBURG, INC. formerly known
as Worthington Mental Health Services,
Inc., and ROGER BRADLEY,

    Defendants.

### ENTRY OF DEFAULT BY CLERK

Pursuant to the provisions of Rule 55(a) of the Federal Rules of Civil Procedure and the records of this Court reflecting that more than twenty-one (21) days have elapsed since the Defendant, **Integrated Community Services of Parkersburg, Inc.**, was duly served, and having failed to answer or otherwise plead to the complaint filed at ECF #1.

It is ADJUDGED that the Defendant, **Integrated Community Services of Parkersburg, Inc.,** is in default, and that the plaintiff shall have and recover of the said defendant as the plaintiff shall provide to the Court.

Dated this 26th day of September, 2019.

                                                  RORY L. PERRY, CLERK OF COURT

                                                  By: _____
                                                              Deputy Clerk